# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID D. RUSHING

NO. 2019 KW 1259

**DEC 0 6 2019**

In Re:     David D. Rushing, applying for supervisory writs, 22nd
            Judicial District Court, Parish of St. Tammany, No.
            109263-1.

BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.

   **WRIT DENIED.**

**PMc**
**GH**

   **Welch, J.,** concurs.  Considering the United States Supreme
Court's ruling in **Teague v. Lane,** 489 U.S. 288, 109 S.Ct. 1060,
103 L.Ed.2d 334 (1989), **McCoy v. Louisiana,** ___ U.S. ___, 138
S.Ct. 1500, 200 L.Ed.2d 821 (2018), does not apply retroactively
in the circumstances presented in the instant case.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
       FOR THE COURT